In the Matter of the Claim of CHARLES BOARDWAY, against JOHN P. KELLAS, Respondent.

THE STATE INDUSTRIAL BOARD, Appellant.

(Argued November 17, 1931; decided December 1, 1931.)

*John J. Bennett, Jr., Attorney-General (Joseph A. McLaughlin* of counsel), for appellant.

*L. M. Kellas* for respondent.

Order affirmed, with costs against the State Industrial Board; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.